# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ANGELA G. MARTINEZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF YORDANO VENTURA HERNANDEZ, DECEASED<br><br>*Plaintiff*<br>v.<br><br>UNITED STATES OF AMERICA<br><br>*Defendant* | Case 4:19-cv-00050-BCW |

## DESIGNATION OF MEDIATOR CERTIFICATE

The parties jointly designate the Honorable Charles E. Atwell to conduct the MAP mediation in this case. The mediation will be held on June 25, 2019, beginning at 9:30 a.m. at the law firm of Foland, Wickens, Roper, Hofer & Crawford, P.C., 1200 Main Street, Suite 2200, Kansas City, MO 64105.


Respectfully submitted,

| | |
|---|---|
| /s/ Matthew L. Hood | /s/ Gregory L. Mokodean |
| Matthew L. Hood | Gregory L. Mokodean |
| Missouri Bar #56205 | Trial Attorney, Tax Division |
| The Hood Law Group, LLC | U.S. Department of Justice |
| 4743 Troost Ave | P.O. Box 7238 |
| Kansas City, MO 64110 | Washington, D.C. 20044 |
| Phone: 816.561.5000 | 202-307-6554 (v) |
| Fax: 816.235.5400 | 202-514-6770 (f) |
| Email: matt@hoodlawgroupkc.com | Gregory.L.Mokodean@usdoj.gov |

# CERTIFICATE OF SERVICE

I certify that on this May 14, 2019 I electronically signed and filed the foregoing document with the Clerk of the Court using the CM/ECF electronic filing system for the United States District Court of the Western District of Missouri, which sent notice of electronic filing to the following attorney of record:

Greg Mokodean
U.S. Department of Justice
Office of Special Litigation
Tax Division
P.O. Box 7238
Washington, D.C. 20044
Gregory.L.Mokodean@usdoj.gov

And

Timothy A. Garrison
United States Attorney's Office
901 St. Louis Street, Suite 500
Springfield, MO 65806-2511
Timothy.Garrison@usdoj.gov

ATTORNEYS FOR DEFENDANT

/s/ Matthew L. Hood
Matthew L. Hood, Missouri Bar #56205
Attorney for Plaintiff